PROB 12C
(7/93)

Report Date: August 14, 2013

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 15 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles D. West                     Case Number: 2:07CR00045-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 8/23/2007

Original Offense:       Bank Robbery, 18 U.S.C. § 2113(a)

Original Sentence:      Prison - 78 Months;           Type of Supervision: Supervised Release
                        TSR - 36 Months

Asst. U.S. Attorney:    Thomas O. Rice                Date Supervision Commenced: 1/1/2013

Defense Attorney:       Kimberly A. Deater            Date Supervision Expires: 12/31/2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 13, 2013, Mr. West was arrested for second degree robbery. The arresting officer reports Mr. West was involved in a robbery that occurred on August 12, 2013, at U.S. Bank in Spokane, Washington. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. West reported as directed on August 5, 2013. He was directed to report again on August 13, 2013. On August 13, 2013, Mr. West contacted the undersigned officer, complaining of a medical issue with his leg. He was advised to seek medical treatment if needed, and contact the undersigned officer later that day to determine another time to report. Mr. West failed to contact the undersigned officer by close of business on August 13, 2013, did not respond to the undersigned officer's attempts to contact him by phone, and failed to report. |

Prob12C
Re:  West, Charles D.
August 14, 2013
Page 2

| | |
|---|---|
| 3 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On July 29, 2013, Mr. West failed to report to provide a scheduled urine sample for testing. On July 30, 2013, he was directed to report to the U.S. Probation Office to provide a sample for testing. Mr. West reported, as directed, and provided a urine sample that tested positive for amphetamines. At that time, he admitted to consuming methamphetamine on or about July 28, 2013, and signed a Drug Use Admission form to indicate this, attached hereto. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/14/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

Aug 15, 2013
Date