PROB 12C
(7-93)

Report Date: August 20, 2013

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles David West          Case Number: 2:07CR00045-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 8/23/2007

Original Offense:    Bank Robbery, 18 U.S.C. § 2113(a)

Original Sentence:   Prison - 78 Months              Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: Matthew Duggan              Date Supervision Commenced: 1/1/2013

Defense Attorney:    Kimberly A. Deater            Date Supervision Expires: 12/31/2015

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/14/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. West's original charge of second degree robbery, as a result of the robbery occurring on August 12, 2013, has since been amended to first degree robbery. A violation was reported to the Court on August 14, 2013, and a warrant was issued as a result.

Mr. West has since been charged with a second count of first degree robbery, stemming from the robbery of a Banner Bank on August 9, 2013.

Additionally, when police officers searched Mr. West's residence on August 13, 2013, after obtaining a search warrant in reference to the aforementioned robberies, they located methamphetamine in the detached garage/shop, as well as a scale with crystalline residue. Near the scale was medical documentation belonging to Mr. West.

Prob12C
Re: West, Charles David
August 20, 2013
Page 2

On August 14, 2013, police searched the vehicle Mr. West was driving when they apprehended him on August 13, 2013. Inside the vehicle, police located controlled substances that tested positive for methamphetamine. When Mr. West was arrested, he was the sole occupant of his vehicle.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/20/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

8/20/13

Date